IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. CV 13-0568 JP/GBW
                                                      CR 10-1563 JP

CIPRIANO CARDENAS-URIARTE,

    Defendant.

## ORDER

This matter is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's motion to vacate, set aside, or correct sentence (CV Doc. 1; CR Doc. 93). The Court will direct the United States to answer Defendant's motion.

IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's motion to vacate, set aside or correct sentence and supporting papers and exhibits, if any, together with a copy of this Order;

IT IS FURTHER ORDERED that, within twenty-three days of entry of this Order, the United States shall answer Defendant's motion to vacate, set aside or correct sentence.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE